■ JOSEPH T. STEARNS, Appellant, v KENNY & STEARNS et al., Respondents. [23 NYS3d 886]—

Orders, Supreme Court, New York County (Eileen Bransten, J.), entered on or about February 26, 2014, which granted defendants' motions to dismiss the "second amended complaint" asserting a claim for an accounting, unanimously affirmed, with costs.

Plaintiff, a former attorney of defendant law firm Kenny, Stearns & Zonghetti, LLC, seeks an accounting under the Partnership Law. However, because the firm was converted to a limited liability company in 2004, about five years before plaintiff withdrew from the firm, and about nine years before he commenced this action, the Partnership Law does not apply (*see* Partnership Law § 10 [2]). Plaintiff has not shown that the conversion was ineffective (*see* Limited Liability Company Law § 1006).

Even if plaintiff asserted his accounting claim under the common law based on a breach of fiduciary duty, the claim would be barred by the applicable three-year statute of limitations. Plaintiff seeks only monetary damages and did not commence this action until almost four years after he withdrew from the firm and first requested an accounting (*see Carlingford Ctr. Point Assoc. v MR Realty Assoc.*, 4 AD3d 179, 179-180 [1st Dept 2004]).

We have considered plaintiff's remaining arguments, includ-

ing his request for sanctions, and find them unavailing. Concur—Tom, J.P., Friedman, Sweeny, Acosta and Andrias, JJ.